IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | )<br>)<br>)<br>) |
| Plaintiff, | )   No.   12-cv-750 JPG/PMF |
| v. | )<br>) |
| THE BERRCO GROUP LLC, | )<br>)<br>) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Motion to Dismiss (Doc. 22), which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed by plaintiff Trustees of Central Laborers' Pension, Welfare & Annuity Funds. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

DATED: March 14, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE